IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. Gino Wells | ) No. 1:19CR00145 SNLJ/ACL |
| Defendant. | ) |

**DEFENDANT'S WAIVER OF PRETRIAL MOTIONS**

Comes now Defendant, by and through his/her attorney, and gives notice of his/her intent to waive the right to file pretrial motions in this case. Defendant states and avers as follows:

1. Defendant understands he/she has the right to file pretrial motions in this case;

2. Defendant has fully reviewed the discovery provided by the government in this case;

3. Defendant has fully discussed the potential pretrial issues, or lack thereof, with counsel;

4. After discussing these issues with counsel, Defendant believes it is in his/her best interest to waive pretrial motions;

5. Defendant arrives at this decision based upon his/her discussions with counsel and his review of the discovery;

6. Defendant makes this decision freely and voluntarily without threat or coercion;

7.  Defendant requests this Court accept his/her waiver of pretrial motions and continue his/her case for trial setting;

*[Signature]*
Defendant

Respectfully Submitted,

*[Signature]*
Jacob Zimmerman   Mo #51258
ZIMMERMAN LAW, LLC
1440 Kurre Lane
Cape Girardeau, MO 63701
Tel: 573-803-3386
jacob@zimmermanlawllc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

*[Signature]*
Jacob Zimmerman