IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
Plaintiff,                         )
                                   )
vs.                                )          No.  1:19CR00145 SNLJ
                                   )
GINO WELLS,                        )
                                   )
Defendant.                         )

## WAIVER OF RIGHT TO SPEEDY TRIAL

Comes now Defendant, and gives notice of his intent to waive his right to a speedy trial in this case.  In support of this motion, Defendant states as follows:

1.      Defendant understands that he has a right to a speedy trial in this case;

2.      Defendant hereby waives his right to a speedy trial;

3.      Defendant makes this waiver freely and voluntarily without any threat or coercion;

4.      Defendant understands this waiver is final and he cannot request a speedy trial in this case in the future.

_____          10-26-12
Gino Wells                             Date