IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.   1:19CR00145 SNLJ |
| MARCUS NELSON, | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

Comes now Julie A. Hunter, Assistant United States Attorney for the Eastern District of Missouri, Southeastern Division, and enters her appearance as co-counsel on behalf of Plaintiff, United States of America.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY


/s/ Julie A. Hunter
JULIE A. HUNTER, #51612MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736
julie.hunter@usdoj.gov