IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:19CR00145SNLJ |
| GINO WELLS, | ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant United States Attorney for said District, and states that it has no objections to the Presentence Report prepared by James Bearden, U.S. Probation Officer.

SAYLER A. FLEMING
UNITED STATES ATTORNEY

/s/ *Keith D. Sorrell*
KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, Room 3000
Cape Girardeau, MO 63703
(573) 334-3736

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jacob Zimmerman
Attorney for Defendant

James Bearden
U. S. Probation Officer

                                                                   /s/ *Keith D. Sorrell*
                                                                   KEITH D. SORRELL, #38283MO
                                                                   ASSISTANT UNITED STATES ATTORNEY